PROB 12B
(7/93)

Report Date: March 21, 2007

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

```
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 21 2007

JAMES R. LARSEN, CLERK
                         DEPUTY
SPOKANE, WASHINGTON
```

Name of Offender: Jose De Jesus Gaeta                Case Number: 2:96CR00126-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 09/27/1996                Type of Supervision: Supervised Release

Original Offense: Kidnapping, 18 U.S.C. § 1201       Date Supervision Commenced: 11/29/2005

Original Sentence: Prison - 108 Months;              Date Supervision Expires: 11/28/2009
TSR - 60 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

Mr. Gaeta has requested immediate placement at a residential reentry center. He has reported that his current roommates have decided to move, and he has been unable to secure a place to live. The undersigned officer agrees that the best place for Mr. Gaeta to live until he is able to save enough money to finance his own residence is a structured work release environment. Subsequently, Mr. Gaeta has signed the attached waiver of hearing to modify his conditions as noted above.

Respectfully submitted,

by *[signature]*

Richard B. Law
U.S. Probation Officer
Date: March 21, 2007

Prob 12B
Re: Gaeta, Jose De Jesus
March 21, 2007
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

March 21, 2007
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

15   You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____        Signed: _____
         Richard B. Law                          Jose De Jesus Gaeta
         U.S. Probation Officer                  Probationer or Supervised Releasee

                    March 21, 2007
                          Date